**Motion Day:  October 4, 2021**
**Response Deadline:  September 20, 2021**
**Oral Argument Requested**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL RINGGOLD, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM.DEDC, LLC,<br><br>    Defendant. | Civil Action No. 3:21-cv-12873<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS**<br><br>Document Electronically Filed |

**PLEASE TAKE NOTICE** that on October 4, 2021, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Amazon.com.dedc, LLC shall move this Court at the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, for an Order Dismissing Plaintiff's Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1]

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, the Defendant will rely upon the pleadings; the accompanying Memorandum of Law; and such other papers as may be filed in support of and in opposition to this motion.

---

[1] Effective January 1, 2019, Amazon.com.dedc, LLC merged into Amazon.com Services, Inc., now known as Amazon.com Services LLC ("Amazon").

**PLEASE TAKE FURTHER NOTICE** that the Defendant respectfully requests oral argument on the motion.

Dated: August 31, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Stephanie L. Silvano*
    GABRIELLE LEVIN
     (admitted *pro hac vice*)
    glevin@gibsondunn.com
    STEPHANIE L. SILVANO
     (Bar No. 168182016)
    ssilvano@gibsondunn.com
    200 Park Avenue, 47th Floor
    New York, NY 10166
    Telephone: 212.351.4000
    Facsimile: 212.351.4035

    JASON C. SCHWARTZ
     (admitted *pro hac vice*)
    jschwartz@gibsondunn.com
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036
    Telephone: 202.955.8500
    Facsimile: 202.467.0539

    TIMOTHY LOOSE
     (admitted *pro hac vice*)
    tloose@gibsondunn.com
    333 South Grand Avenue
    Los Angeles, CA 90071
    Telephone: 213.229.7000
    Facsimile: 213.229.7520

*Attorneys for Defendant*